UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FITZGERALD,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendants. | No. 2:21-cv-0079 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

On January 22, 2021, plaintiff was ordered to file a pleading that complied with the Federal Rules of Civil Procedure and the Local Rules of Practice, as well as to submit an application to proceed in forma pauperis or to pay the filing fee. See ECF No. 3. Plaintiff was given thirty days to do so. See id. at 2. At that time, plaintiff was warned that failure to comply with the court's directives would result in a recommendation that this action be dismissed. See id. at 2.

The thirty-day period for plaintiff to comply with the court's order and either file an in forma pauperis application or pay the filing fee ended in February 2021. Although plaintiff had neither complied with the order nor communicated with the court in any way, on March 11, 2021, the court provided plaintiff yet another thirty-day period within which to comply. See ECF No. 4. More than thirty days later, plaintiff has once again failed to comply with the court's order or respond to it in any way.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be SUMMARILY DISMISSED for failure to file a proper pleading and for failure to file an application to proceed in forma pauperis or, in the alternative, to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE